IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SERGIO T. JAMES,

        Petitioner,

vs.                                                  CIV 17-0360 JCH/ KBM

RAYMOND SMITH, Warden, and
HECTOR H. BALDERAS, Attorney
General for the State of New Mexico,

        Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PARTIAL PROPOSED FINDINGS AND
## RECOMMENDED DISPOSITION

The Magistrate Judge filed her Partial Proposed Findings and Recommended

Disposition on November 13, 2017 *(Doc.15).* The proposed findings notify Petitioner

and Respondents of their ability to file objections within fourteen (14) days and that

failure to do so waives appellate review. To-date, neither Petitioner nor Respondents

have filed any objections and there is nothing in the record indicating that the proposed

findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Magistrate Judge's Partial Proposed Findings and Recommended
         Disposition *(Doc. 15)* is ADOPTED;

2.      Grounds One, Two, and Four of Petitioner's Application for a Writ of
         Habeas Corpus Pursuant to 28 U.S.C. § 2254 *(Doc. 1)* are dismissed **with**
         **prejudice;**

3.    A certificate of appealability as to Grounds One, Two, and Four of
      Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. §
      2254 (*Doc. 1*) is DENIED**;**

4.    Respondents shall submit a supplemental brief on Ground Three, specific
      to Case. No. D-905-CR-2011-0383, within thirty (30) days from the entry
      of this Order. Petitioner shall be permitted to file a Reply no later than
      thirty (30) days from the date of filing of Respondent's supplemental brief.


_____
UNITED STATES DISTRICT JUDGE